# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 191 |
| | : | |
| AMENDMENT OF RULES 501, | : | DISCIPLINARY RULES |
| 503, 504, 512, 514, 521, AND 531 | : | |
| OF THE PENNSYLVANIA RULES | : | DOCKET |
| OF DISCIPLINARY | : | |
| ENFORCEMENT | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of December, 2019, upon the recommendation of the Board of the Pennsylvania Lawyers Fund for Client Security; the proposal having been published for public comment at 49 Pa.B. 4542 (August 17, 2019):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 501, 503, 504, 512, 514, 521, and 531 of the Pennsylvania Rules of Disciplinary Enforcement are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.